IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOAN T. KLOTH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 06-244-SLR |
| | ) |
| SOUTHERN CHRISTIAN UNIVERSITY | ) |
| and BOARD OF DIRECTORS, | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

At Wilmington this 20th day of April, 2006, the Court having considered the application to proceed without prepayment of fees under 28 U.S.C. § 1915;

IT IS ORDERED that the application is GRANTED.

_____
United States District Judge