IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOAN T. KLOTH, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 06-244-SLR |
| | ) |
| SOUTHERN CHRISTIAN UNIVERSITY, | ) |
| and BOARD OF DIRECTORS, | ) |
| | ) |
|     Defendants. | ) |

**O R D E R**

At Wilmington, this 2d day of June, 2006;

IT IS ORDERED:

1. Pursuant to Fed. R. Civ. P. 4(c)(2) and (d)(2), plaintiff shall complete and return to the clerk of the court an **original** "U.S. Marshal-285" form for the **defendants. Plaintiff must also provide the court with one copy of the complaint with attachments (D.I. 2) for service upon the defendant. Plaintiff is notified that the United States Marshal will not serve the complaint until all "U.S. Marshal 285" forms with copies of the complaint have been received by the clerk of the court. Failure to provide a "U.S. Marshal 285" form and a copy of the complaint for the defendant within 120 days of the date of this order may result in the complaint being dismissed or defendant(s) being dismissed pursuant to Fed. R. Civ. P. 4(m).**

2. Upon receipt of the completed "U.S. Marshal 285" form(s) and copies of the complaint, the United States Marshal

shall serve a copy of the complaint and this order upon the defendants as directed by plaintiff. All costs of service shall be advanced by the United States.

3. No communication, including pleadings, briefs, statement of position, etc., will be considered by the court in this civil action unless the documents reflect proof of service upon the parties or their counsel.

                                                                                           /s/ Sue L. Robinson
                                                                   UNITED STATES DISTRICT JUDGE