UNITED STATES DISTRICT COURT

AND FOR THE DISTRICT OF DELAWARE

CASE NO. 06-244-SLR

Joan T. Kloth                                                                          PLAINTIFF

    Vs.

Southern Christian University;                                          DEFENDANTS
Board of Directors;

## APPLICATION FOR BREACH OF IMPLIED CONTRACT AND RELIGIOUS DISCRIMINATION

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

UNITED STATES DISTRICT COURT

AND FOR THE DISTRICT OF DELAWARE

CASE NO. 06-244-SLR

Joan T. Kloth                                                                          PLAINTIFF

    Vs.

Southern Christian University;                                          DEFENDANTS
Board of Directors;

## MOTION FOR SUMMARY JUDGMENT

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

    The Plaintiff, Joan T. Kloth, moves this Court to enter a Summary Judgment in favor of the Plaintiff and against the Defendants as the Defendants are non responsive.

    The Plaintiff shows that::

1. On June 5, 2006, the Plaintiff filed a complaint in the US District Court in and for the District of Delaware.

2. According to the Court records, on July 28' 2006, the Defendant was properly served.

    Rule: 12 of Civil Rules and Procedures.

3.  As of October 4, 2006, the Defendants have failed to file the required response with the Court and/or the Plaintiff nor has an extension of time been requested.

WHEREFORE, the Plaintiff respectfully requests that the Court rule in favor of the Plaintiff and enter a Summary Judgment in the above-styled case against the defendant.

Respectfully submitted:

JOAN T. KLOTH, Plaintiff, pro-se
37 Winter Haven Drive, Apt. 1
Newark, DE 19702
302-690-2626

UNITED STATES DISTRICT COURT

AND FOR THE DISTRICT OF DELAWARE

CASE NO. 06-244-SLR

Joan T. Kloth                                                                                           PLAINTIFF

Vs.

Southern Christian University;                                                              DEFENDANTS
Board of Directors;

**MOTION FOR SUMMARY JUDGMENT**

**ORDER**

AND NOW, this _____, day of _____, 200___, the Courts having heard and considered the Plaintiffs Motion for Summary Judgment and any response thereto,

IT IS HEREBY ORDERED that the plaintiff's Motion for Summary Judgment is hereby granted. There being no cause for delay, the Court enters this Order as a Final Judgment pursuant to District Court Civil Rule 54.

BY THE COURT,

_____
Judge/Clerk

320 North George's Hill Road

U.S. District Court
and for the District of Delaware
Case No. 06-244-SLR

Joan T. Kloth                              Plaintiff
  Vs.
Southern Christian University   Defendant,
 & it's Board of Directors

Affidavit of service.
State of DE.
County of New Castle.

I, Joan T. Kloth, on Oct. 5, 2006 did mail copies of the motion for summary Judgement to the above named defendants.

_____
Joan T. Kloth
Plaintiff, pro-se