UNITED STATES DISTRICT COURT

AND FOR THE DISTRICT OF DELAWARE

CASE NO. 06-244-SLR

Joan T. Kloth                                                                PLAINTIFF

    Vs.

Southern Christian University;                                    DEFENDANTS
Board of Directors, et.al

### AFFIDAVIT OF SERVICE

State of Delaware:
County of New Castle:
SS,

    BE IT REMEMBERED THAT on this the 5th day of the month of Oct., 200 6, I, Joan T. Kloth mailed, first-class postage prepaid, two (2) copies of the Motion for Summary Judgment to Southern Christian University and it's Board of Directors, at 1200 Taylor Avenue, Montgomery, AL 36117-3553.

Certified Registered Mail No. 7005 3110 0002 6754 1743
Certified Return Receipt No. 7005 3110 0002 6754 1750

Joan T. Kloth
Plaintiff, Pro-Se



FILED
OCT - 6 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

RO Scanned



Kloth
37-01 Water Haven
Newark, DE 19702

Clerk
U.S. District Court
844 N. King Street, LockBox 18
Wilmington, DE 19801