IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOAN T. KLOTH, | : CIVIL ACTION |
| Plaintiff, | : |
| | : |
| v. | : No. 06-CV-244 |
| | : |
| SOUTHERN CHRISTIAN UNIVERSITY, BOARD OF DIRECTORS, et al., | : |
| Defendants. | : |

## ENTRY OF APPEARANCE

PLEASE ENTER THE APPEARANCE of Stradley Ronon Stevens & Young, LLP, Kevin W. Goldstein, and Michael P. Migliore, on behalf of defendants in this matter.

Respectfully submitted,

_____
Kevin W. Goldstein (Del. ID. No. 2967)
Michael P. Migliore (Del. ID. No. 4331)
STRADLEY RONON STEVENS & YOUNG, LLP
300 Delaware Avenue, Suite 300
Wilmington, DE 19801
(302) 576-5850

Attorneys for Defendants

# 548889 v. 1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 10, 2006, a true and correct copy of the foregoing *Entry of Appearance* was served upon the below noted party at the address noted for such *pro se* party by first-class mail, postage pre-paid:

Joan T. Kloth
37 Winter Haven Drive
Apt 1
Newark, DE  19702

_____
Kevin W. Goldstein

# 548889 v. 1