IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOAN T. KLOTH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action 06-CV-244 (SLR) |
| ) | |
| SOUTHERN CHRISTIAN UNIVERSITY, ) | |
| BOARD OF DIRECTORS, *et al.*, ) | |
| ) | |
| Defendants. ) | |

### DEFENDANT'S MOTION TO DISMISS

Defendant Southern Christian University, and its Board of Directors, (collectively, "Southern Christian") hereby move for an order dismissing Plaintiff Joan T. Kloth's complaint against Southern Christian for lack of personal jurisdiction under Fed. R. Civ. P. 12(b)(2). The grounds and arguments in support of this motion are set forth in the attached Brief in Support of Defendant's Motion to Dismiss.

STRADLEY RONON STEVENS & YOUNG, LLP

October 20, 2006

*/s/ Michael P. Migliore*
Kevin W. Goldstein (DE Bar #2967)
Michael P. Migliore (DE Bar #4331)
300 Delaware Avenue, Suite 800
Wilmington, Delaware 19801
(302) 576-5850

Attorneys for Defendants,
Southern Christian University,
And its Board of Directors

# 551160 v. 1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Defendant's Motion to Dismiss was caused to be served on October 20, 2006 upon the below noted party at the record addresses noted for such *pro se* party by first-class mail, postage pre-paid:

Joan T. Kloth
37 Winter Haven Drive
Apt 1
Newark, DE  19702

Joan T. Kloth
320 North Georges Hill Road
Southbury, CT  06488-2626


_____
Michael P. Migliore (DE Bar #4331)

# 551160 v. 1