IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOAN T. KLOTH, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SOUTHERN CHRISTIAN UNIVERSITY, )<br>BOARD OF DIRECTORS, *et al.*, )<br>)<br>Defendants. ) | Civil Action 06-CV-244 (SLR) |

### ORDER

AND NOW, this ____ day of October 2006, this Court having considered the Motion to Dismiss for Lack of Personal Jurisdiction of defendants (the "Motion"), the responsive brief of plaintiff Kloth ("Kloth"), and any argument of counsel;

IT IS HEREBY ORDERED, that the Motion of defendants is GRANTED. This matter is hereby dismissed with prejudice.

_____
The Honorable Sue L. Robinson
United States District Court

# 553743 v.1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing form of *Order* relating to Defendants' Motion to Dismiss was caused to be served on October 25, 2006 upon the below noted party at the record address noted for such *pro se* party by first-class mail, postage pre-paid:

    Joan T. Kloth
    37 Winter Haven Drive
    Apt 1
    Newark, DE  19702

    Joan T. Kloth
    320 North Georges Hill Road
    Southbury, CT  06488-2626

*/s/ Michael P. Migliore*
Michael P. Migliore (DE Bar #4331)