UNITED STATES DISTRICT COURT

WILMINGTON, DE

CASE NO. 06-244-SLR

Joan T. Kloth                                                                                           PLAINTIFF

vs.

Southern Christian University;                                                              DEFENDANTS
Board of Directors; et.al



TEMPORARY CHANGE OF ADDRESS

Dear Judge Robinson:

This letter is notification of a temporary change of address due to a family emergency. Please note the following address change until otherwise notified for the plaintiff, Joan T. Kloth to:

Joan T. Kloth

320 North George's Hill Road

Southbury, CT 06488

203-770-0318

A copy of this has also been sent to the Defendant's attorney,

                                                  Respectfully submitted:

                                                  JOAN T. KLOTH
                                                  37 Winter Haven Drive, Apt. 1
                                                  Newark, DE 19702
                                                  Pro-Se

## CERTIFICATION of MAILING

    This is to certify that a copy of the foregoing was sent on this 1st day of December, 2006 to:

Goldstein and Migliore
C/O Stradley, Ronon Stevens & Young
300 Delaware Avenue, Suite 800
Wilmington, DE 19801

Certificate Number: 7002 3150 0004 2558 4156

                                                         Joan T. Kloth
                                                         Plaintiff, Pro-Se



Kish
320 North George's Hill
Southbury, CT 06488

RETURN RECEIPT REQUESTED

Clerk of Court
844 N. King St
Wilmington, DE 19801