UNITED STATES DISTRICT COURT

AND FOR THE DISTRICT OF DELAWARE

CASE NO. 06-244-SLR

06-244

Joan T. Kloth                                                                                  PLAINTIFF

Vs.

Southern Christian University;                                               DEFENDANTS
Board of Directors, et.al

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE:

COUNTY OF NEW CASTLE:

SS.



FILED
FEB -13 2007
BD scanned
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BE IT REMEMBERED THAT on this the 7th day of the month of Feb , 200 7 , I, Joan T. Kloth mailed, first-class postage prepaid, two (2) copies of the Motion to Amend Complaint to Southern Christian University and it's Board of Directors, et.al, at 1200 Taylor Avenue, Montgomery, AL 36117-3553.

Certified Registered Mail No. 7005 3110 0002 6755 9410
Return Receipt No. _____

Joan T. Kloth
Plaintiff, Pro-Se
