UNITED STATES DISTRICT COURT

WILMINGTON, DE

CASE NO. 06-244-SLR

06-244



| | | |
|---|---|---|
| Joan T. Kloth | | PLAINTIFF |
| Vs. | | |
| Southern Christian University;<br>Board of Directors; et.al | | DEFENDANTS |

**CASE STATUS INQUIRY**

Plaintiff, Joan T. Kloth, would like to inquire about the status of the above captioned case. To date, the following has occurred.

1) Plaintiff filed a lawsuit against the Defendant, on about April of 2006.

2) Defendant was served on July 28, 2006 and had till August 18, 2006 to respond to the complaint/suit.

3) Defendant never responded, despite plaintiff giving them over 69 days to do so.

4) Plaintiff, filed for Summary/Default Judgment against the Defendant on October 5, 2006.

5) At this point, Defendant finally hired an attorney who filed to have the case dismissed and the summary judgment set aside.

6) Plaintiff responded to this and several other briefs produced by the defendant.

7) Presently, Plaintiff is just inquiring on the status of the case as it stands.

Respectfully submitted:

JOAN T. KLOTH
Pro-Se

Send to Temporary Address:
320 North George's Hill Road
Southbury, CT 06488

1

