OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

February 20, 2007

TO:   Joan T. Kloth
      320 North George's Hill Road
      Southbury, CT 06488

### RE:  *Status Letter; 06-244(SLR)*

Dear Ms. Kloth:

This office received a letter from you requesting the status of your case. Your case is assigned to the Honorable Sue L. Robinson, and is pending before the Court. You will be advised by the  Court as to further developments in your case.

I trust that this letter answers your questions concerning this matter.  Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

Sincerely,

/ead

PETER T. DALLEO
CLERK

cc:  The Honorable Sue L. Robinson
enc:  Docket Sheet