IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOAN T. KLOTH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| | ) Civ. No. 06-244-SLR |
| v. | ) |
| | ) |
| SOUTHERN CHRISTIAN | ) |
| UNIVERSITY, BOARD OF | ) |
| DIRECTORS, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

At Wilmington this 16th day of July, 2007,

IT IS ORDERED that:

1. Defendants' motion to dismiss for lack of personal jurisdiction (D.I. 12) is granted.

2. Plaintiff's motion for default judgment (D.I. 8) is denied as moot.

                                                                                           _____
United States District Judge