UNITED STATES DISTRICT COURT

AND FOR THE DISTRICT OF DELAWARE

CASE NO. 06-244-SLR

Joan T. Kloth                                                                   PLAINTIFF

Vs.

Southern Christian University;                                    DEFENDANTS
Board of Directors, et.al

### Motion for Extension of time to file for Reconsideration

State of Delaware:
County of New Castle:
SS,

I, Joan T. Kloth, Appellant/Plaintiff, formally request an extension of time to file a motion for reconsideration for the following reasons:

1) Judge's Orders were not received until 8 days after the orders were signed.

2) Appellant is pro-se and needs time to look up the proper format and information to include in a Motion for Reconsideration.

3) Appellant is trying to find a pro-bono attorney again or one who will handle the case on a contingency as she cannot afford an attorney due to the enormous financial damages incurred from the Defendant's breach of implied contract and discrimination against her.

Regards,

*[signature]*

Joan T. Kloth
Pro-se
320 North George's Hill Road
Southbury, CT 06488
20-3-267-7801

7-24-07

FILED
JUL 26 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

## CERTIFICATION of MAILING

This is to certify that a copy of the foregoing was sent on this 24 day of July, 2007 to all defendants as follows:

Southern Christian University
And it's Board of Directors
C/O Kevin Goldstein
300 Delaware Ave, Suite 800
Wilmington, DE 19801

Joan T. Kloth
Plaintiff, Pro-Se



Kloth
300 No. Georges Hill
Southbury, CT. 06488

SOUTHERN CT 064
24 JUL 2007 PM 2 L

U.S.M.S
X-RAY

Court Clerk,
District Court
844 North King St.
Wilmington, DE.
19801