IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOAN T. KLOTH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| | ) Civ. No. 06-244-SLR |
| v. | ) |
| | ) |
| SOUTHERN CHRISTIAN | ) |
| UNIVERSITY, BOARD OF | ) |
| DIRECTORS, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

At Wilmington this 2nd day of August, 2007, having reviewed plaintiff's motion for extension of time to file for reconsideration;

IT IS ORDERED that plaintiff's motion (D.I. 30) is granted and the time to file a motion for reconsideration is extended until **August 17, 2007.**

_____
United States District Judge