# NOTICE OF APPEAL
## TO
## U.S. COURT OF APPEALS, THIRD CIRCUIT

**U.S. District Court for the District of Delaware**

CIRCUIT COURT
DOCKET NUMBER: _____
(leave blank)

**FULL CAPTION IN DISTRICT COURT AS FOLLOWS:**

DISTRICT COURT
DOCKET NUMBER: Civ. No. 06-244 SLR

Joan T. Kloth _____

v.

DISTRICT COURT
JUDGE: Sue L. Robinson

Southern Christian University A.K.a.
Regions University & It's Board of Directors, et. al

Notice is hereby given that Joan T. Kloth _____
(Named Party)

appeals to the United States Court of Appeals for the Third Circuit from [ ] Judgment, [X] Order,

[ ] Other (specify) _____

entered in this action on July 16, 2007
(date)

Dated: July 23, 2007

_____ (signature)
(Counsel for Appellant-Signature)

FILED
AUG -7 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

Joan T. Kloth Pro-se
(Name of Counsel - Typed)

320 North George's Hill Rd
(Address)

Southbury, CT. 06488
(City, State Zip)

203-267-7801
(Telephone Number)

Kevin M. Goldstein
(Counsel for Appellee)

300 Delaware Ave., Suite 800
(Address)

Wilmington, DE 19801
(City, State Zip)

302-576-5850
(Telephone Number)

**NOTE:** USE ADDITIONAL SHEETS if all appellants and/or all counsel for appellees cannot be listed on the Notice of Appeal sheet.

UNITED STATES DISTRICT COURT

AND FOR THE DISTRICT OF DELAWARE

CASE NO. 06-244-SLR

Joan T. Kloth      PLAINTIFF

Vs.

Southern Christian University;      DEFENDANTS
Board of Directors, et.al

## AFFIDAVIT OF SERVICE

State of Delaware:
County of New Castle:
SS,

    BE IT REMEMBERED THAT on this the ___3rd___ day of the month of ___August___, 200_7_, I, Joan T. Kloth mailed, first-class postage prepaid, two (2) copies of the Motion for Appeal, Motion for Reconsideration and Motion for IFP to Southern Christian University and it's Board of Directors, via their Attorney, Kevin W. Goldstein, Stradley, Ronon, Stevens and Young at 300 Delaware Avenue, Suite 800, Wilmington, DE 19801.

Certified Registered Mail No. 7006 2760 0001 9911 2098
Return Receipt No. _____

                                            _____
                                            Joan T. Kloth
                                            Plaintiff, Pro-Se

