Joan T. Kloth
320 North George's Hill Road
Southbury, CT 06488
203-267-7801

Honorable Susan L. Robinson
844 North King Street
Wilmington, DE 19801

RE: Kloth Vs. Southern Christian University (SCU) now known as Regions University   CASE NO. 06-244-SLR

Dear Judge Robinson:

In reference to the above mentioned case and number, please find attached Exhibit G, phone record for call placed to my home in DE from SCU. I had to wait to receive the record from my previous phone company for my landline to my apartment in DE. This record was additional evidence the Defendant, SCU/Region University was aware I was living in DE as they phoned me there on August 24, 2005 to hold an Appeals Committee Meeting between my school/the defendant and myself.

This was actually eight (8) months prior to my filing of the lawsuit. They claimed they did not know that I moved to Delaware until I filed the lawsuit. The call was placed by the school to my landline phone in my apartment at 10:33am and lasted 39 minutes and 35 seconds. Thus the school was well aware of my residence in DE as they phoned me.

Attached to this letter is the phone record for the incoming call from my school to my then Delaware apartment landline phone number of 302-454-1318, which I respectfully ask be attached to my Motion to Reconsider, Exhibit G.

Regards,

Joani T. Kloth, pro-se

Klein
230 North Georges Hill
Southbury, CT 06488

Court Clerk
844 North King St., Rm. 4209
Wilmington, DE. 19801

19801

SOUTHERN CT 064
08 AUG 2007 PM 6 L