# VIKING COMMUNICATIONS, INC.

## 600 ROUTE 38 WEST

## CHERRY HILL, NJ 08002

*Exhibit*

06-244

---

### FACSIMILE TRANSMITTAL SHEET

| TO: | FROM: |
|---|---|
| **JOAN KLOTH** | **JERRY KELLY** |
| COMPANY: | DATE: |
| | **AUGUST 7, 2007** |
| FAX NUMBER: | TOTAL NO. OF PAGES INCLUDING COVER: |
| 203-267-7802 | 2 |
| PHONE NUMBER: | SENDER'S FAX NUMBER: |
| 203-770-0318 | 856-488-2518 |
| RE: | PHONE NUMBER: |
| Phone number 302-454-1318 | 856-488-2500  EXT 11 |

☐ URGENT   ☒ FOR REVIEW   ☐ PLEASE COMMENT   ☐ PLEASE REPLY   ☐ PLEASE RECYCLE

*2007 AUG 10 PM 2:30 FILED CLERK U.S. DISTRICT COURT DISTRICT OF DELAWARE*

NOTES/COMMENTS:

Joan,

As per our conversation, attached is a list of your incoming calls on 8/24/05. Please call me if you have any questions.

Confidentiality Note: The information contained in this facsimile message is legally privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this facsimile message is strictly prohibited. If you have received this message in error, please immediately notify us by telephone and return the original message to us at the address above via the United States Postal Service. Thank you.

VIKING ASSOCIATES

856 486 2518    P.02

01-Aug-07 16:29

## Detail Activity by Extension

From 08/24/2005 To 08/24/2005

Location: Chelsea on the Square

| Ext | Date | Time | Length | Trnk | Dir | Number Dialed | Cost | Client | City / State |
|---|---|---|---|---|---|---|---|---|---|
| 1318 | | | | | | | | | |
| 1318 | 08/24/05 | 10:33 | 0:39:35 | 0258 | In | 3343877508 | $0.00 | Unknown | Alabama |
| 1318 | 08/24/05 | 20:33 | 0:26:59 | 0265 | In | 2032677801 | $0.00 | Unknown | Connecticut |

Totals for Ext   1318
Calls :   2   Time :   1:06:34   Avr. Len :  0:33:17   Cost :   $0.00   Avr. Cost   $0.00

Page 1 of 2

Phone #
302-454-1318

TOTAL P.02

**CERTIFICATION of MAILING**

This is to certify that a copy of the foregoing was sent on this __8__ day of __August__, 200_7_ to all defendants as follows:

Southern Christian University
And it's Board of Directors
C/O Kevin Goldstein
300 Delaware Ave, Suite 800
Wilmington, DE 19801

_____
Joan T. Kloth
Plaintiff, Pro-Se