IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOAN T. KLOTH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 06-244-SLR |
| | ) |
| SOUTHERN CHRISTIAN UNIVERSITY | ) |
| and BOARD OF DIRECTORS, | ) |
| | ) |
| Defendants. | ) |

### ORDER

At Wilmington this 14th day of August, 2007,

the court having considered the application to proceed without prepayment of fees on appeal under 28 U.S.C. § 1915, D.I. #34, filed on August 7, 2007;

IT IS ORDERED that the application is GRANTED.

_____
United States District Judge