Joan T. Kloth
320 North George's Hill Road
Southbury, CT 06488
203-267-7801

Judge Susan L. Robinson
844 North King Street, Rm 4209
Wilmington DE 19801

RE: CASE NO. 06-244-SLR

Dear Judge Robinson:
I am writing in reference to the above referenced case. To refresh your memory, I am handling this case pro-se but you had dismissed it for lack of jurisdiction. I did not know what to do and so when I filed the paperwork for the Motion for Reconsideration, I knew that I only had 30 days from the date of your dismissal within which to file an appeal.

The appeal was only supposed to be filed if you did not grant the motion for reconsideration based on my evidence. But I am now concerned that the Appeal was filed prematurely to your deciding on my pending Motion for Reconsideration.

Please understand, that as pro-se, I am panicked about this situation because it has literally bankrupt and destroyed my family and I. I was only trying to abide by the time constraints I had been told I must fulfill paperwork in and did not realize that the appeal would be sent forward before the Motion for Reconsideration was looked at.

I thank you for being understanding and realizing that as a pro-se I am limited in my knowledge and understanding of the order of filing papers and how the time constraints and paperwork must be filed and completed.

Regards,

Joan T. Kloth



FILED
AUG 20 2007
SUE L. ROBINSON
U.S. DISTRICT JUDGE

BD scanned

Kloth
320 North Georges Hill
Southbury, CT 06488

HARTFORD CT 051
15 AUG 2007 PM 2 T

Judge Robinson
844 North King St Rm. 4209
Wilmington, DC. 19801