

Stradley Ronon Stevens & Young, LLP
300 Delaware Avenue, Suite 800
P.O. Box 2170
Wilmington, DE 19899-2170
Telephone (302) 576-5850
Fax (302) 576-5858
www.stradley.com

Kevin W. Goldstein

KGoldstein@stradley.com

610-640-5810

August 31, 2007

*Via Hand Delivery*

The Honorable Sue L. Robinson
U.S. District Court for the
    District of Delaware
J. Caleb Boggs Federal Building
844 North King Street
Room 6124, Lockbox 31
Wilmington, Delaware 19801

       Re:    Kloth v. Southern Christian University, et al.,
              C.A. No. 06-244-SLR

Dear Judge Robinson:

      We write as counsel for the defendants Southern Christian University and its Board of Directors (collectively "SCU") in this matter. This letter is provided, pursuant to Your Honor's Rule relating to communications with the Court, and merely transmits information to the Court.

      We have received and reviewed the *Rebuttal to Opposition to Motion for Reconsideration* ("Rebuttal") submitted by plaintiff Kloth. While there are several misstatements of the record facts and law in plaintiff's Rebuttal relating to the pending reconsideration motion and the underlying personal jurisdiction issue, we believe our prior filings, along with the Court's Memorandum Opinion fully address plaintiff's pending motion for reconsideration.

      We write solely to provide the information requested of plaintiff Kloth and to confirm the accuracy of the record. More particularly, Ms. Kloth states in her Rebuttal that she "has never ever stated that she did this to shut the school down nor is that her intention." Ms. Kloth thereafter requested "proof of this alleged statement." For the benefit of Ms. Kloth, and to confirm the record is complete, in our responsive filing [D.I. 40], we cited to Exhibit K attached to plaintiff's Motion for Reconsideration [D.I. 32] (being an email from Ms. Kloth to Barbara Alford at SCU), which provides Ms. Kloth's statements that "I will probably be forced to file a lawsuit to make sure this school is shut down for good[,]" and that the school Board members have "just screwed themselves and the school because in attorney's fees alone it will cost them more than the damages they could have assumed." *See* attached Exhibit A, being a highlighted copy of the original Exhibit K attached to plaintiff Kloth's Motion for Reconsideration.

Philadelphia, PA • Malvern, PA • Harrisburg, PA • Wilmington, DE • Cherry Hill, NJ • Washington, DC
A Pennsylvania Limited Liability Partnership
# 675549 v. 1

The Honorable Sue L. Robinson
Page 2
August 31, 2007

      Counsel stand ready to address any questions Your Honor may have regarding any issues relating to this matter.

                           Respectfully submitted,

                           Stradley, Ronon, Stevens & Young, LLP

                           Kevin W. Goldstein

cc:    Southern Christian University (via facsimile)
        Ms. Joan Kloth (via First Class Mail)

# 675549 v. 1

# Exhibit A

aolrich://10417911032

| | |
|---|---|
| Subj: | **Fwd: Southern Christian University** |
| Date: | Friday, August 26, 2005 10:46:38 PM |
| From: | Putzangel |
| To: | Putzangel |

| | |
|---|---|
| Subj: | **Re: Southern Christian University** |
| Date: | Friday, August 26, 2005 10:32:52 PM |
| From: | Putzangel |
| To: | balford@graceba.net |

And you can let the Appeals Committee know that they had to be kidding if they really thought I expected them to find in my favor as it would be a financial disaster and set a precidence. That is why I will probably be forced to file a lawsuit to make sure this school is shut down for good. I was only going through the motions so I could say I did everything that I was supposed to do. Now, they just screwed themselves and the school because in attorney's fees alone it will cost them more than the damages they could have assumed during the appeals meetings. Good luck. You will need it as I have all the evidence I need in emails, classmate confessions, school records and legal government statements. They just might want to think twice about what they are going to do because I will make sure that I shut them down and they pay for all the damages I am incurring becuase of their failure to provide me with a complete education.
Joani

In a message dated 8/26/05 3:36:56 PM, balford@graceba.net writes:

Mrs. Kloth—The Southern Christian University Appeals Committee met on August 24th and voted to deny your request that the University assume the costs of your student loan and potential wages for the past three years. You will receive reaffirmation of this decision via mail, to the address on file in our official records (320 North George's Hill Road, Southbury, CT 06488.)

The letter informs appellants of the next and final level of appeal available to them at the University. However, since you indicated during Wednesday's meeting that you intend to rebut statements made during the session, I have excerpted that portion of the letter for you, below:

From the SCU Catalog: "If the Appellant disagrees with the decision of the PRT Appeals Committee, then he or she may appeal the decision to the SCU Executive Leadership Team. The Appeal shall be submitted in writing, within fifteen (15) calendar days of receipt of the PRT Appeals Committee decision, indicating why the Appellant disagrees with the decision. The written Appeal shall be sent to the Executive Leadership Team in one of the following manners:
    By email (preferred) to:  JOHNWHITE@SOUTHERNCHRISTIAN.EDU

    By fax:  334.387.3878 – to the attention of Dr. John H. White

    By U.S. Postal Service or hand delivery:
        Dr. John H. White
        Southern Christian University
        1200 Taylor Road
        Montgomery, AL   36117-3553"

In addition, you had requested a transcript of the session. The earliest that the transcription service will be able to take the taped copy will be Monday, August 29th, and they have indicated that the work will take approximately one week. While we cannot control their timetable, we assure you that your copy will

be in the mail to you within one day of the receipt of the printed transcript by SCU. And invoice for the cost of your copy will be included in the mailing.

Barbara Alford, Ed.D.