UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 07-3376

Kloth v. Southern Christian University

To:  Clerk

1) Motion by Appellee to Stay Appeal and Briefing Related Thereto Until Final Adjudication of Appellant's Motion for Reconsideration

2) Letter from Appellant Dated September 20, 2007

---

The foregoing motion and letter are considered.  Appellee's motion is granted. The appeal is stayed pending disposition of the motion to reconsider by the District Court. The parties are directed to file written reports addressing the status of the pending motion within fourteen days (14) of the date of this order and every thirty (30) days thereafter until the motion is determined.

For the Court,

/s/ Marcia M. Waldron
Clerk

Dated: October 16, 2007
CLW/cc: Kevin W. Goldstein, Esq.
        Ms. Joan T. Kloth