

Case 1:06-cv-00244-SLR   Document 50   Filed 10/30/2007   Page 1 of 3

IN THE SUPREME COURT OF THE STATE OF DELAWARE

Joan T. Kloth
PLAINTIFF, Below,
Appellant,

v.

Southern Christian University, Board of
Directors, et. al
Now, known as Regions University
Defendant, Below,
Appellee.

October 19, 2007

Case. No. 07-3376



NOTICE OF APPEAL TO BE HELD AFTER DISTRICT COURTS DENIAL OF RECONSIDERATION ON MOTIONS FOR LACK OF JURISDICTION AND DISMISSAL OF SUMMARY/DEFAULT JUDGMENT and NOTICE TO AMEND ORIGINAL APPEAL ON RECONSIDERATION MOTION FOR LACK OF JURISDICTION TO INCLUDE AN APPEAL ON THE MOTION OF THE DISMISSAL OF SUMMARY/DEFAULT JUDGMENT

This is to notify the courts that the above mentioned case is to be officially posted for the Appeals Court and to be amended to include the recently filed Motion for Reconsideration on the Dismissal of the Summary/Default Judgment. This second motion for Reconsideration of the Dismissal of Summary/Default Judgment was filed because Plaintiff/Appellant was not sure if the original Motion for Reconsideration on the Lack of Jurisdiction would automatically include the Dismissal of the Summary/Default Judgment even though this Dismissal was solely based on the Lack of Jurisdiction Motion which was approved.

_____
Attorney for N/A.
Joan T. Kloth, Below-Appellant
Plaintiff/Appellant is pro-se.

Dated: 10-19-07



IN THE SUPREME COURT OF THE STATE OF DELAWARE

Joan T. Kloth
PLAINTIFF, Below,
Appellant,

October 19, 2007

v.

Case. No. 07-3376

Southern Christian University, Board of
Directors, et. al
Now, known as Regions University
Defendant, Below,
Appellee.

This is a notice to the Appeals court that the Appellant is so financially devastated by this case and the situation the defendant has inflicted upon the Appellant, that Appellant can no longer afford Mailing fees that are beyond a regular stamp price. In other words, Appellant cannot afford to send more than one copy of any information to the courts as she has no money to pay for it with. Appellant is now applying to her local town and government for energy assistance, food, and medical care and cannot afford the cost of anything more than a single stamp as she has a minor child to care for.

_____
Attorney for N/A.
Joan T. Kloth, Below-Appellant
Plaintiff/Appellant is pro-se.

Dated: 10-19-07



OFFICE OF THE CLERK
UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106-1790

OFFICIAL BUSINESS



U.S.M.S. X-RAY

Peter T. Dalleo, Clerk
U.S.D.C. District of Delaware
J. Caleb Boggs Federal Bldg., Room 4209
844 North King Street, Lockbox 18
Wilmington, DE 19801-3570

