UNITED STATES DISTRICT COURT

AND FOR THE DISTRICT OF DELAWARE

CASE NO. 06-244-SLR

Joan T. Kloth                                                                                  PLAINTIFF

    Vs.

Southern Christian University;                                                    DEFENDANTS
Board of Directors, et.al

### Amend Motion for Change of Venue to Proper Court

Plaintiff was given incorrect court information by Connecticut courts as to which court to apply for the change of Venue to in CT. Please let the records reflect the following change of court:

United States District Court of Connecticut, located at 450 Main Street, Hartford, CT 06103

Regards,

*[signature]*     9-2-08

Joan T. Kloth-Zanard
Pro-se

FILED
SEP - 4 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

scanned

## CERTIFICATION of MAILING

This is to certify that a copy of the foregoing was sent on this __4__ day of __September__, 200_8_ to all defendants as follows:

Southern Christian University
And it's Board of Directors
C/O Kevin Goldstein
300 Delaware Ave, Suite 800
Wilmington, DE 19801

Joan T. Kloth
Plaintiff, Pro-Se



Klein-Zanard
320 No. George's Hill
Southbury CT. 06488

District Court of DE
844 North King St. Rm 4209
Wilmington, DE. 19801

U.S. POSTAGE PAID SOUTHBURY, CT 06488 SEP 02 '08 AMOUNT $0.42 00034106-08